```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
STIULS INC.,                              :
                                          :
                 Plaintiff,               :      24cv6839 (DLC)
                                          :
         -v-                              :         ORDER
                                          :
WILLIAMS IP HOLDINGS LLC et al.,          :
                                          :
                 Defendants.              :
                                          :
------------------------------------------X
```

DENISE COTE, District Judge:

On November 18, 2024, defendants filed a motion to dismiss the complaint pursuant to Rule 12(b)(2) and (6), Fed. R. Civ. P. Under Rule 15(a)(1)(B), Fed. R. Civ. P., a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course. Accordingly, it is hereby

ORDERED that plaintiff shall file any amended complaint by **December 9, 2024.** It is unlikely that plaintiff will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, plaintiff shall file any opposition to the motion to dismiss by **December 9.** Defendants' reply, if any, shall be filed by **December 20.** At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that the initial pretrial conference scheduled for November 22, 2024 is adjourned <u>sine</u> <u>die</u>.

Dated:    New York, New York
           November 19, 2024

                                  _____
                                       DENISE COTE
                              United States District Judge