```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
STILUS INC.,                          :
                                      :    24cv6839 (DLC)
                      Plaintiff,      :
                                      :         ORDER
              -v-                     :
                                      :
WILLIAMS IP HOLDINGS LLC et al.,      :
                                      :
                      Defendants.     :
------------------------------------- X
```

DENISE COTE, District Judge:

On November 18, 2024, the defendants filed a motion to dismiss the complaint pursuant to Rule 12(b)(2) and (6), Fed. R. Civ. P.  An Order of November 19 directed the plaintiff to file any amended complaint by December 9 and alerted the plaintiff that it would likely not have another opportunity to amend.  The plaintiff filed an amended complaint on December 9.  Accordingly, it is hereby

ORDERED that the defendants' November 18 motion is dismissed as moot.

IT IS FURTHER ORDERED that the defendants shall respond to the amended complaint by **January 10, 2025**.  If the defendants renew their motion to dismiss, the plaintiff shall file any opposition to the renewed motion by **January 31**.  The defendants shall file any reply by **February 7**.  At the time any reply is served, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering

them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         December 10, 2024

                                               DENISE COTE
                                     United States District Judge