```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
STILUS INC.,                             :
                                         :
                        Plaintiff,       :    24cv6839 (DLC)
                                         :
            -v-                          :        ORDER
                                         :
WILLIAMS IP HOLDINGS LLC, et al.,        :
                                         :
                        Defendants.      :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

An Opinion and Order of June 24, 2025 granted the defendants' motion to stay this case pending resolution of parallel state court proceedings. It is hereby

ORDERED that the parties shall file a joint letter advising the Court of the status of the parallel state court litigation by **January 30, 2026**.

Dated:   New York, New York
         June 24, 2025

_____
            DENISE COTE
      United States District Judge